Law Offices of Hadley & Fraulob
230 Fifth Street
Marysville, CA  95901
(530) 743-4458

JOSEPH C. FRAULOB – State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Katie Lynn Felton, | Civil Action No: 2:15-cv-02315-CKD |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |
| Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Monday, May 2, 2016, to file the Motion for Summary Judgment.

IT IS HEREBY NOTED that this is plaintiff's first extension requested.

Dated:  03/31/2016          / s / Joseph C. Fraulob_____
                                      Joseph C. Fraulob
                                      Attorney for Plaintiff

Dated:  03/31/2016          / s / Ben A. Porter_____
                                      Ben A. Porter
                                      Special Assistant U.S. Attorney
                                      Attorney for Defendant

IT IS ORDERED.

Dated:  April 5, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE