Law Offices of Hadley & Fraulob
230 Fifth Street
Marysville, CA  95901
(530) 743-4458

JOSEPH C. FRAULOB – State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Katie Lynn Felton,<br><br>             Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>             Defendant. | Civil Action No: 2:15-cv-02315-CKD<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Wednesday, June 1, 2016, to file the Motion for Summary Judgment.

IT IS HEREBY NOTED that this is plaintiff's second extension requested.

Dated:  05/02/2016                        / s / Joseph C. Fraulob
                                                      Joseph C. Fraulob
                                                      Attorney for Plaintiff

Dated:  05/02/2016                        / s / Ben A. Porter
                                                      Ben A. Porter
                                                      Special Assistant U.S. Attorney
                                                      Attorney for Defendant

IT IS ORDERED.

Dated:  May 2, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE